| | |
|---|---|
| In re: | Case No. 18-01378-HWV |
| Zachary T. Weber | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | | |
|---|---|---|---|
| District/off: 0314-1 | User: CGambini | Page 1 of 2 | Date Rcvd: Jun 12, 2018 |
| | Form ID: ntcnfhrg | Total Noticed: 34 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2018.

```
db            +Zachary T. Weber,    4515 Winfield Street,    Harrisburg, PA 17109-1532
5044175       +Arcadia Recovery Bureau,    PO Box 6768,    Wyomissing, PA 19610-0768
5044176       +Bank of America,    P.O. Box 15220,    Wilmington, DE 19886-5220
5071956       +Bank of America, N.A.,     P O Box 982284,    El Paso, TX 79998-2284
5044177        Best Buy Credit Services,    PO Box 9001007,    Louisville, KY 40290-1007
5054779        Capital One, N.A.,    c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
5044179       +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
5044180       +Children's Dental Health,    Attn:  billing,    4 Flowers Drive,    Mechanicsburg, PA 17050-1709
5044181       +Citi Cards/Citi Bank,    PO BOx 6241,    Sioux Falls, SD 57117-6241
5044182       +Client Services, Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
5044183        Computer Credit Inc,    470 West Hanes Mill Road,    PO Box 5238,    Winston Salem, NC 27113-5238
5044185        Discover Bank,    PO Box 742655,    Cincinnati, OH 45274-2655
5044186       +Global Credit & Collection Corp,    5440 N. Cumberland Avenue,    Suite 300,
                Chicago, IL 60656-1486
5044187       +Jessica Weber,    401 Bristol Drive,    Harrisburg, PA 17109-1604
5044189        Lower Paxton Township,    4919-C (Rear) Jonestown Road,    Harrisburg, PA 17109
5044190        McCabe, Weisberg & Conway, PC,    Suite 1400,    Philadelphia, PA 19109
5044191        Mercantile Adjustment Bureau, LLC,    165 Lawrence Bell Drive,    Suite 100,
                Buffalo, NY 14221-7900
5044192        Merchants  & Medical Credit Corp.,    6324 Taylor Drive,    Flint, MI 48507-4685
5044193        New Passages, Inc.,    3235 N. Third Street,    Harrisburg, PA 17110-1308
5044194        Pacific Union Financial,    PO Box 655621,    Dallas, TX 75265-5621
5044195        Penn Credit Corporation,    916 S. 14th Street,    PO Box 988,    Harrisburg, PA 17108-0988
5044196        Pinnacle Health,    PO Box 826813,    Philadelphia, PA 19182-6813
5044199        Pressler and Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
5044202        Sears/CNBA,    PO Box 6282,    Sioux Falls, SD 57117-6282
5044203        Target Card Services,    PO Box 660170,    Dallas, TX 75266-0170
5044204        The Home Depot/CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
5044205       +United Collection Bureau, Inc.,    5620 Southwyck Blvd,    Suite 206,    Toledo, OH 43614-1501
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
5044178        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 12 2018 19:27:49      Capital One,
                PO Box 71083,    Charlotte, NC 28272-1083
5047983        E-mail/Text: mrdiscen@discover.com Jun 12 2018 19:22:09      Discover Bank,
                Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
5044186       +E-mail/Text: bankruptcy@affglo.com Jun 12 2018 19:22:43      Global Credit & Collection Corp,
                5440 N. Cumberland Avenue,    Suite 300,    Chicago, IL 60656-1486
5044188        E-mail/Text: bnckohlsnotices@becket-lee.com Jun 12 2018 19:22:13      Kohl's,    PO Box 3043,
                Milwaukee, WI 53201-3043
5062035       +E-mail/Text: bankruptcydpt@mcmcg.com Jun 12 2018 19:22:40      MIDLAND FUNDING LLC,
                PO Box 2011,    Warren, MI 48090-2011
5044200        E-mail/Text: bankruptcynotices@psecu.com Jun 12 2018 19:23:05      PSECU,    PO Box 67013,
                Harrisburg, PA 17106-7013
5069871       +E-mail/Text: bankruptcy@loanpacific.com Jun 12 2018 19:23:11      Pacific Union Financial, LLC,
                1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
5044197       +E-mail/Text: CDuffy@pinnaclehealth.org Jun 12 2018 19:22:25      Pinnacle Health Hospitals,
                PO Box 2353,    Harrisburg, PA 17105-2353
                                                                                                TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
5044184*        Computer Credit Inc,    470 West Hanes Mill Road,    PO Box 5238,    Winston Salem, NC 27113-5238
5044201*        PSECU,    PO Box 67013,    Harrisburg, PA 17106-7013
5044198*       +Pinnacle Health Hospitals,    PO Box 2353,    Harrisburg, PA 17105-2353
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2018                              Signature:   /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2018 at the address(es) listed below:

```
          Chad J. Julius    on behalf of Debtor 1 Zachary T. Weber cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,  TWecf@pamd13trustee.com
          James  Warmbrodt    on behalf of Creditor   Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                           TOTAL: 4
```

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Zachary T. Weber,　　　　　　　　　　　　Chapter　　　13

**Debtor 1**

Case No.　　　1:18−bk−01378−HWV

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**July 11, 2018** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Ronald Reagan Federal Building, Bankruptcy Courtroom (3rd Floor), Third & Walnut Streets, Harrisburg, PA 17101 | Date: July 18, 2018 <br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> U.S. Bankruptcy Court <br> Ronald Reagan Federal Building <br> 228 Walnut St, Rm 320 <br> Harrisburg, PA 17101−1737 <br> (717) 901−2800 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: CGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: June 12, 2018 |

ntcnfhrg (03/18)