```
                      United States Bankruptcy Court
                      Middle District of Pennsylvania
```

In re:                                                    Case No. 18-01378-HWV
Zachary T. Weber                                          Chapter 13
         Debtor                  **CERTIFICATE OF NOTICE**

```
District/off: 0314-1       User: CGambini        Page 1 of 1        Date Rcvd: Apr 08, 2019
                           Form ID: trc           Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 10, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5069871        +E-mail/Text: bankruptcy@loanpacific.com Apr 08 2019 19:33:07      Pacific Union Financial, LLC,
                1603 LBJ Freeway Suite 500,    Farmers Branch, TX 75234-6071
                                                                               TOTAL: 1

                   ***** BYPASSED RECIPIENTS *****
NONE.                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2019                               Signature:  /s/Joseph Speetjens

_____

                     **CM/ECF NOTICE OF ELECTRONIC FILING**


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 8, 2019 at the address(es) listed below:
          Brian Thomas Langford    on behalf of Creditor    PSECU PitEcf@weltman.com,   PitEcf@weltman.com
          Chad J. Julius    on behalf of Debtor 1 Zachary T. Weber cjulius@ljacobsonlaw.com,
           brhoades@ljacobsonlaw.com;egreene@ljacobsonlaw.com;r63089@notify.bestcase.com
          Charles J DeHart, III (Trustee)    TWecf@pamdl3trustee.com
          James  Warmbrodt    on behalf of Creditor    Pacific Union Financial, LLC bkgroup@kmllawgroup.com
          Kevin S Frankel    on behalf of Creditor    Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                               TOTAL: 6
```

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-01378-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

Zachary T. Weber
4515 Winfield Street
Harrisburg PA 17109

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/08/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234

Name and Address of Transferee:

Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741
Nationstar Mortgage LLC d/b/a Mr. Cooper
PO Box 619096
Dallas, TX 75261-9741

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    04/10/19

Terrence S. Miller
**CLERK OF THE COURT**