IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Zachary T. Weber<br>　　Debtor.<br><br>Nationstar Mortgage LLC d/b/a Mr. Cooper<br>　　Movant,<br>v.<br><br>Zachary T. Weber<br>　　Debtor/Respondent.<br><br>Jessica F. Weber<br>　　(Non-filing Co-Debtor)<br><br>Charles J. DeHart, III, Trustee<br>　　Additional Respondent. | BANKRUPTCY CASE NUMBER<br>18-01378/HWV<br><br>CHAPTER 13<br><br>11 U.S.C. § 362 |

## CERTIFICATE OF NON-CONCURRENCE

I hereby certify that on September 17, 2019, our office contacted counsel for the Debtor and the Trustee and we have not received concurrence from both parties.

Respectfully submitted,

Dated: October 10, 2019

S&D File #:19-061979

BY: /s/ Kevin S. Frankel
Kevin S. Frankel, Esquire
Shapiro & DeNardo, LLC
3600 Horizon Drive, Suite 150
King of Prussia, PA 19406
(610) 278-6800/ fax (847) 954-4809
PA BAR ID #318323
pabk@logs.com