LOCAL BANKRUPTCY FORM 5071-1
IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE, DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Zachary T. Weber<br>   Debtor. | CHAPTER 13<br><br>BANKRUPTCY NO. 18-01378/HWV |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>   Plaintiff(s)/Movant(s) | ADVERSARY NO. __ - ___ -ap- _____<br>**(If applicable)** |
| vs. | Nature of Proceeding:   Motion for Relief |
| Zachary T. Weber<br>   Debtor/Respondent | Pleading:  Motion for Relief |
| | Document # 36 |

### REQUEST TO CONTINUE HEARING/TRIAL WITH CONCURRENCE[1]

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the Court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance[2].
Reason for the continuance.

Parties are attempting to resolve via a stipulation

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

                                        Respectfully submitted,


Dated:  November 1, 2019                BY:/s/ Kevin S. Frankel_____
                                        Kevin S. Frankel, Esquire
                                        Shapiro & DeNardo, LLC
                                        3600 Horizon Drive, Suite 150
                                        King of Prussia, PA 19406
                                        (610) 278-6800/ fax (847) 954-4809
S&D File #:19-061979                    PA BAR ID #318323
                                        pabk@logs.com