IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZACHARY T. WEBER | : | |
|     Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:18-bk-01378-HWV |
| NATIONSTAR MORTGAGE LLC | : | |
|     d/b/a MR. COOPER | : | |
|     Movant, | : | |
| | : | |
| ZACHARY T. WEBER | : | |
| JESSICA F. WEBER | : | |
| CHARLES J. DEHART, JR | : | |
|     Respondents. | : | |

## **WITHDRAWAL OF DEBTOR'S ANSWER TO MOVANT'S CERTIFICATE OF DEFUALT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Please withdraw the answer filed by the Debtor to Movant's Certificate of Default.

Relief can be granted.

                                                                                                    Respectfully Submitted,

                                                                                                    JACOBSON, JULIUS, & HARSHBERGER

Dated: October 16, 2020                                      /s/Chad J. Julius
                                                                                                    ID# 209496
                                                                                                    8150 Derry Street
                                                                                                    Harrisburg, PA 17111.5260
                                                                                                    717.909.5858

1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| ZACHARY T. WEBER | : | |
|     Debtor, | : | |
| | : | |
| v. | : | |
| | : | Bankruptcy No. 1:18-bk-01378-HWV |
| NATIONSTAR MORTGAGE LLC | : | |
|     d/b/a MR. COOPER | : | |
|     Movant, | : | |
| | : | |
| ZACHARY T. WEBER | : | |
| JESSICA F. WEBER | : | |
| CHARLES J. DEHART, JR | : | |
|     Respondents. | : | |

## CERTIFICATE OF SERVICE

I, Dera Shade, of Jacobson, Julius & Harshberger, do hereby certify that on this day I served the within Debtor's **Withdrawal of Debtor's Answer to Movant's Certificate of Default** upon the following persons via the ECF/CM system and/or by depositing a true and correct copy of the same in the United States Mail, first class, postage prepaid:

ECF/CM:

| | |
|---|---|
| Charles J. Dehart III, Esquire (Trustee)<br>8125 Adams Drive, Suite A<br>Hummelstown, PA 17036 | Kristen D Little<br>Shapiro & DeNardo, LLC<br>3600 Horizon Drive, Suite 150<br>King of Prussia |
| United States Bankruptcy Court<br>Ronald Reagan Federal Building<br>228 Walnut Street, Room 320<br>Harrisburg, PA 17108 | |

                                /s/ Dera Shade
                                8150 Derry Street
                                Harrisburg, PA 17111
Dated: October 16, 2020         Email: dshade@ljacobsonlaw.com