IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
ZACHARY T. WEBER :
: CASE NO.: 1:18-bk-01378-HWV

**MOTION BY DEBTOR/ MOVANT TO CONVERT
FROM CHAPTER 13 CASE TO CHAPTER 7 CASE**

    **AND NOW COME**, Zachary T. Weber, Debtor/Movant, by and through his attorneys, Jacobson, Julius & Harshberger, and aver the following:

1. This bankruptcy case was commenced by a petition filed by Debtors/Movant under Chapter 13 of the United States Bankruptcy Code on April 18, 2018.

2. Debtor's/Movant's filing was driven because Debtor had a desire to retain his home. Debtor has not been successful in retaining his home and relief has been granted.

3. Debtor/Movant was otherwise eligible to proceed under Chapter 7 of said title, and now desires to convert his case to a case under Chapter 7. Unfortunately, Debtor has not been working since the beginning of the COVID-19 Pandemic. Debtor's income is not sufficient to fund a Chapter 13 case.

4. Debtor/Movant hereby files this conversion pursuant to 11 U.S.C. § 1307(a) to convert his Chapter 13 case to a case under Chapter 7.

5. All schedules and statements as well as the documents will be filed and any amendments to current documents will be filed in ten (10) days.

    **WHEREFORE,** Debtor/Movant requests relief in accordance with Chapter 7 of the Bankruptcy Code.

Dated: November 18, 2020                      /s/Chad J. Julius
                                                                       Chad J. Julius
                                                                       ID # 209496
                                                                       Attorney for Debtor/Movant

    I, Zachary T. Weber, Debtor/Movant in the foregoing conversion, certify under penalty of perjury that the foregoing is true and correct.

                                                                             /s/Zachary T. Weber 11/7/2020

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| ZACHARY T. WEBER | : | |
| | : | CASE NO.: 1:18-bk-01378-HWV |

CERTIFICATE OF SERVICE

     I, Dera Shade, paralegal with the Jacobson, Julius & Harshberger, hereby certify that I have served a copy of the foregoing *Motion to Convert Case to Chapter 7* on the following person(s) by CM/ECF or by depositing a true and correct copy in the United States Mail, Postage Prepaid addressed to:

CHARLES J. DEHART III ESQUIRE
CHAPTER 13 TRUSTEE
dehartstaff@pamd13trustee.com; harrisburgect@ramapo.com

U.S. TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101
ustpregion03.ha.ecf@usdoj.gov

 

/s/Dera Shade
Dera Shade, Paralegal
Jacobson, Julius & Harshberger
8150 Derry Street
Harrisburg, PA  17111
717.909.5858

Dated: November 18, 2020      FAX:  717.909.7788

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE:** | **: CHAPTER 13** |
| **ZACHARY T. WEBER** | **:** |
| | **: CASE NO.:** 1:18-bk-01378-HWV |

## ORDER

Upon consideration of Debtor's Motion to convert his Chapter 13 case to a Chapter 7 case, it is hereby ORDERED that the Motion is granted. The Chapter 13 case is converted to a case under Chapter 7 of the Bankruptcy Code.