Certificate Number: 15317-PAM-DE-035379120

Bankruptcy Case Number: 18-01378



15317-PAM-DE-035379120

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 18, 2021</u>, at <u>10:45</u> o'clock <u>AM PST</u>, <u>Zach T Weber</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>February 18, 2021</u>

By: <u>/s/Christel Raz</u>

Name: <u>Christel Raz</u>

Title: <u>Counselor</u>