United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-01378-HWV |
| Zachary T. Weber | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0314-1 | User: AutoDocke | Page 1 of 3 |
| Date Rcvd: Mar 02, 2021 | Form ID: 318 | Total Noticed: 37 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Zachary T. Weber, 4515 Winfield Street, Harrisburg, PA 17109-1532 |
| 5044175 | + | Arcadia Recovery Bureau, PO Box 6768, Wyomissing, PA 19610-0768 |
| 5071956 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 5044180 | + | Children's Dental Health, Attn: billing, 4 Flowers Drive, Mechanicsburg, PA 17050-1709 |
| 5044183 | | Computer Credit Inc, 470 West Hanes Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 5044185 | | Discover Bank, PO Box 742655, Cincinnati, OH 45274-2655 |
| 5044187 | + | Jessica Weber, 401 Bristol Drive, Harrisburg, PA 17109-1604 |
| 5044189 | | Lower Paxton Township, 4919-C (Rear) Jonestown Road, Harrisburg, PA 17109 |
| 5044190 | | McCabe, Weisberg & Conway, PC, Suite 1400, Philadelphia, PA 19109 |
| 5044191 | | Mercantile Adjustment Bureau, LLC, 165 Lawrence Bell Drive, Suite 100, Buffalo, NY 14221-7900 |
| 5044192 | | Merchants & Medical Credit Corp., 6324 Taylor Drive, Flint, MI 48507-4685 |
| 5162645 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 5183227 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9096 |
| 5183228 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096, Dallas, TX 75261-9741, Nationstar Mortgage LLC d/b/a Mr. Cooper, PO Box 619096 Dallas, TX 75261-9096 |
| 5044193 | | New Passages, Inc., 3235 N. Third Street, Harrisburg, PA 17110-1308 |
| 5044194 | | Pacific Union Financial, PO Box 655621, Dallas, TX 75265-5621 |
| 5069871 | + | Pacific Union Financial, LLC, 1603 LBJ Freeway Suite 500, Farmers Branch, TX 75234-6071 |
| 5044196 | | Pinnacle Health, PO Box 826813, Philadelphia, PA 19182-6813 |
| 5044197 | + | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5044199 | | Pressler and Pressler LLP, 7 Entin Road, Parsippany, NJ 07054-5020 |
| 5044205 | + | United Collection Bureau, Inc., 5620 Southwyck Blvd, Suite 206, Toledo, OH 43614-1501 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5044176 | + | EDI: BANKAMER.COM | Mar 03 2021 00:43:00 | Bank of America, P.O. Box 15220, Wilmington, DE 19886-5220 |
| 5044177 | | EDI: CITICORP.COM | Mar 03 2021 00:38:00 | Best Buy Credit Services, PO Box 9001007, Louisville, KY 40290-1007 |
| 5044178 | | EDI: CAPITALONE.COM | Mar 03 2021 00:43:00 | Capital One, PO Box 71083, Charlotte, NC 28272-1083 |
| 5054779 | | EDI: BL-BECKET.COM | Mar 03 2021 00:43:00 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5044181 | + | EDI: CITICORP.COM | Mar 03 2021 00:38:00 | Citi Cards/Citi Bank, PO BOx 6241, Sioux Falls, SD 57117-6241 |
| 5044182 | + | Email/Text: mediamanagers@clientservices.com | Mar 02 2021 18:39:00 | Client Services, Inc., PO Box 1503, Saint Peters, MO 63376-0027 |
| 5047983 | | EDI: DISCOVER.COM | Mar 03 2021 00:38:00 | Discover Bank, Discover Products Inc, PO Box |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 3025, New Albany, OH 43054-3025 |
| 5044186 | + | Email/Text: bankruptcy@affglo.com | Mar 02 2021 18:39:00 | Global Credit & Collection Corp, 5440 N. Cumberland Avenue, Suite 300, Chicago, IL 60656-1486 |
| 5044179 | | EDI: JPMORGANCHASE | Mar 03 2021 00:38:00 | Chase Bank, PO Box 15298, Wilmington, DE 19850 |
| 5044188 | | Email/Text: PBNCNotifications@peritusservices.com | Mar 02 2021 18:39:00 | Kohl's, PO Box 3043, Milwaukee, WI 53201-3043 |
| 5062035 | + | EDI: MID8.COM | Mar 03 2021 00:38:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 5044200 | | Email/Text: bankruptcynotices@psecu.com | Mar 02 2021 18:39:00 | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5044202 | | EDI: CITICORP.COM | Mar 03 2021 00:38:00 | Sears/CNBA, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5072912 | + | Email/Text: bncmail@w-legal.com | Mar 02 2021 18:39:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 5044203 | | EDI: WTRRNBANK.COM | Mar 03 2021 00:38:00 | Target Card Services, PO Box 660170, Dallas, TX 75266-0170 |
| 5044204 | | EDI: CITICORP.COM | Mar 03 2021 00:38:00 | The Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5044184 | * | Computer Credit Inc, 470 West Hanes Mill Road, PO Box 5238, Winston Salem, NC 27113-5238 |
| 5044201 | * | PSECU, PO Box 67013, Harrisburg, PA 17106-7013 |
| 5044198 | *+ | Pinnacle Health Hospitals, PO Box 2353, Harrisburg, PA 17105-2353 |
| 5044195 | ## | Penn Credit Corporation, 916 S. 14th Street, PO Box 988, Harrisburg, PA 17108-0988 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Mar 04, 2021 | Signature: | /s/Joseph Speetjens |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 2, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Thomas Langford | on behalf of Creditor PSECU PitEcf@weltman.com PitEcf@weltman.com |

| | |
|---|---|
| Chad J. Julius | on behalf of Debtor 1 Zachary T. Weber cjulius@ljacobsonlaw.com egreene@ljacobsonlaw.com;r63089@notify.bestcase.com;dshade@ljacobsonlaw.com |
| James Warmbrodt | on behalf of Creditor Pacific Union Financial  LLC bkgroup@kmllawgroup.com |
| Kevin S Frankel | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pa-bk@logs.com |
| Kristen D Little | on behalf of Creditor Nationstar Mortgage LLC D/B/A Mr. Cooper pabk@logs.com  klittle@logs.com;logsecf@logs.com |
| Leon P. Haller (Trustee) | lhaller@pkh.com  lrynard@pkh.com;lhaller@ecf.axosfs.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 7

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Zachary T. Weber <br> First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–0298 <br> EIN __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____ <br> EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–01378–HWV | |

# Order of Discharge                                                                 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Zachary T. Weber

3/2/21

**By the court:**  *[signature]*

Honorable Henry W. Van Eck
Chief Bankruptcy Judge
By: ChristopherGambini, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                          **Order of Discharge**                          page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**